# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
In re:                                                                    Chapter 11

    Judith R. Mandujano,                                      Case No. 17-23716 (RDD)

                        Debtor
-------------------------------------------------------X

**ORDER AUTHORIZING JUDITH R. MANDUJANO TO RETAIN THE LAW OFFICES OF CUSHNER & ASSOCIATES, P.C. AS ATTORNEYS FOR THE DEBTOR AND DEBTOR-IN-POSSESSION, *NUNC PRO TUNC* AS OF FEBRUARY 18, 2019**

      Upon the annexed application of Judith R. Mandujano requesting authorization to employ Cushner & Associates, P.C. under a general retained as counsel to represent Judith R. Mandujano dated February 14, 2019 (the "<u>Application</u>"); the annexed affidavit of Todd S. Cushner, Esq., sworn to on February 18, 2019; and it appearing that Cushner & Associates, P.C. represent no interest adverse to the Estate in the matters upon which the Cushner & Associates P.C. will be engaged; and that the employment Cushner & Associates, P.C. is necessary and would be in the best interest of the estate; and that this is a case justifying a general retainer; and that Cushner & Associates P.C. is a disinterested person within the meaning of Bankruptcy Code Sections 101(14) and 327(a); it is

      **ORDERED**, that Judith R. Mandujano is hereby authorized to employ Cushner & Associates P.C. as its counsel to represent it under a general retainer on the terms set forth in the Application and Affidavit of Proposed Attorneys, with compensation and reimbursement to Cushner & Associates P.C. to be determined by the Court upon the filing of a proper application or applications made pursuant to Bankruptcy Code Sections 330 and 331.

      **ORDERED**, that the Application is granted as set forth herein; and it is further

**ORDERED**, that pursuant to § 327(a) of the Bankruptcy Code, the Debtor is authorized to retain Todd S. Cushner, Esq. and the Law Offices of Cushner & Associates, P.C. as its attorneys in this case, *nunc pro tunc* as of the filing date of the Application; and it is further

**ORDERED**, that the compensation and reimbursement of expenses of the Cushner & Associates, P.C. shall be sought upon, and paid only upon an order granting, a proper application pursuant to §§ 330 and 331 of the Bankruptcy Code, as the case may be, and the applicable Bankruptcy Rules, Local Rule and fee and expense guidelines and orders of this Court; and it is further

**ORDERED**, that at least ten (10) days before implementing any increase in the rates of the law firm of Cushner & Associates, P.C. professionals providing services in this case, the law offices of Cushner & Associates, P.C. shall file and serve the United States Trustee and any official committee a supplemental affidavit providing justification for any such rate increases and stating whether the Debtor has agreed to them. All parties in interest retain the right to object to any rate increase on any grounds; and it is further

**ORDERED**, that Cushner & Associates, P.C. shall apply any remaining amounts of its prepetition retainer as credit toward post-petition fees and expenses, after such post-petition fees and expenses are approved pursuant to the first Order of the Court awarding fees and expenses to the Cushner & Associates, P.C.; and it is further

**ORDERED**, that the Court shall retain jurisdiction to hear and determine all matters arising out of the implementation of this Order; and it is further

**ORDERED**, that if there is any inconsistency between the terms of this Order, the Application, and the supporting Affidavit, the terms of the Order shall govern

Dated: White Plains, New York
_____, 2018

                                      _____
                                      Honorable Robert D Drain
                                      United States Bankruptcy Judge
                                      Southern District of New York

NO OBJECTION
United States Trustee
William K. Harrington
Dated: August \_\_\_\_, 2018

By:   _____
       Andrea B. Schwartz, Esq.
       Trial Attorney