UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

---------------------------------------------------------------X

In Re:

JUDITH R MANDUJANO,

                   Debtor.

---------------------------------------------------------------X

Case No. 17-23716-shl

Chapter 11

**ORDER DENYING DEBTOR'S MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS UNDER SECTION 363(f)**

**Property:** 186 West St., White Plains, NY 10605

Upon reading the filing of the Motion to Sell Property Fee and Clear of Liens Under Section 363(f) dated June 20, 2023 ("Motion to Sell"), with respect to the real property located at 186 West St., White Plains, NY 10605 (the "Property"), and based on the reasoning as stated at the hearing on December 12, 2023, it is hereby

**ORDERED**, the Debtor's Motion to Sell with respect to the Property located at 186 West St., White Plains, NY 10605, is DENIED.

Dated: December 27, 2023

                                                   */s/ Sean H. Lane*
                                                   United States Bankruptcy Judge

###