UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:                                                                          Chapter 11

Judith R. Mandujano,                                                 Case No. 17-23716-shl

                      Debtor.                                    Hon. Sean H. Lane
------------------------------------------------------------------x

### ORDER DENYING DEBTOR'S APPLICATION FOR APPROVAL OF THE SALE OF THE DEBTOR'S RIGHT, TITLE AND INTEREST IN 40 UNDERHILL PLACE, WEST HARRISON, NEW YORK 10604

Upon the motion, filed June 23, 2023, (the "Motion"), by the debtor herein, Judith R. Mandujano (the "Debtor") for approval of the sale of Debtor's right, title and interest in real property located at and known as 40 Underhill Place, West Harrison, NY 10604 (the "Property"); and The Bank of New York Mellon, as Trustee ("Secured Creditor"), secured creditor with a pre-petition perfected mortgage lien on the Property having filed opposition to the Motion on July 13, 2023 (the "Opposition"); and after hearings on the Motion and the Opposition having been held, with the last being on March 12, 2024 (the "Hearings"), and upon the full record of the Hearngs and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing, it is hereby:

**ORDERED**, that the Motion is denied in its entirety.


**Dated: White Plains, New York**
        **April 9, 2024**

                                                           _/s/ Sean H. Lane_
                                                           HON. SEAN H. LANE
                                                           UNITED STATES BANKRUPTCY JUDGE